DOUGLAS A. PLAZAK, SBN: 181709
**REID & HELLYER**
A Professional Corporation
3685 Main Street, Suite 300
Post Office Box 1300
Riverside, California 92502-1300
Telephone: (951) 682-1771
Facsimile: (951) 686-2415
Email: dplazak@rhlaw.com
Attorneys for Plaintiff, KURTIS KOOIMAN

William G. Malcolm, #129271
Charles W. Nunley, #111906
MALCOLM CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: Charlie@mclaw.org
Attorneys for Defendant, SIWELL, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| KURTIS KOOIMAN, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>SIWELL, INC., dba Capital Mortgage Services of Texas, and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 8:20-cv-00565 JLS (DFMx)<br><br>**STIPULATION RE IDENTITY OF SIWELL, INC. EMPLOYEES AND SCOPE OF EMPLOYMENT**<br>Dist. Judge: Hon. Josephine L. Staton<br>Courtroom: 10A (Santa Ana)<br>**TRIAL DATE:  January 12, 2022** |

Plaintiff Kurtis Kooiman ("Plaintiff") and Defendant, Siwell, Inc., dba Capital Mortgage Service of Texas (collectively "Defendant"), by and through their counsel of record, stipulate, subject to the Court's approval, as follows:

Whereas, on December 9, 2021, this Court, ordered Plaintiff and Defendant to stipulate to the identity of Defendant's employees who worked for Defendant during the time Plaintiff was employed by Defendant and further, to stipulate to the scope of the employment of said employees.

IT IS HEREBY STIPULATED THAT Plaintiff and Defendant have reviewed the following list of names and agree that the following individuals worked for Defendant during the time Plaintiff was employed by Defendant and had the job titles as set forth below:

1. Jeri Ann Pavese, Branch Manager
2. Royce Lewis, Chief Executive Officer of Defendant
3. Linda Lewis, President
4. Dana Coulson, Human Resources
5. Eric Sharp, Risk Manager
6. Jeff Deitiker, Payroll Clerk
7. Andy Alderman, National Director of Retail Operations
8. Gina George, Underwriter
9. Scott Colclough, Manager Capital Markets Division
10. Sarah Ruehlen, Loan Processor
11. Leroy Valenzuela, Underwriter
12. Marcus Crumble, Operations Manager
13. Crystal Gomez, Loan Processor
14. Mirtha Marquez, Loan Processor/Assistant

**IT IS SO STIPULATED**.

DATED: January 11, 2022          Respectfully submitted,
REID & HELLYER, APC


By:/s/ *Douglas A. Plazak*
Douglas Plazak, Attorney for Plaintiff ,KURTIS KOOIMAN, an individual

DATED: January 11, 2022          MALCOLM CISNEROS, a Law Corp.


By:/s/ *Nathan Smith*
Nathan Smith, Attorney for Defendant, SIWELL, INC., d.b.a. Capital Mortgage Services of Texas

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Nathan Smith, counsel for Defendant, and that I have obtained Mr. Smith's authorization to affix his electronic signature to this document.

By: /s/ *Douglas A. Plazak*

# CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 11, 2022.

By: /s/ *Douglas A. Plazak*

STIPULATION RE IDENTITY OF SIWELL, INC. EMPLOYEES AND SCOPE OF EMPLOYEMENT