## LIST OF EXHIBITS AND WITNESSES

| Case Number | SACV 20-00565-JLS (DFMx) | Title | Kurtis Kooiman v. Siwell, Inc. et al. |
|---|---|---|---|

**FILED**

JAN 12, 2022

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___MKU___
Deputy Clerk, U.S. District Court

| | |
|---|---|
| Judge | JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE |
| Dates of Trial or Hearing | 12/9/21 & 1/12/22 |
| Court Reporters or Tape No. | Deborah Parker |
| Deputy Clerks | Melissa Kunig |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Douglas Plazak | Nathan Smith |
| | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | SEE ATTACHED | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

1  REID & HELLYER APC
   Douglas A. Plazak, State Bar No. 181709
2  3685 Main Street, Suite 300
   Post Office Box 1300
3  Riverside, California 92502-1300
   Telephone:  (951) 682-1771
4  Facsimile:  (951) 686-2415

5  Attorneys for Plaintiff, KURTIS KOOIMAN

6

7

8                **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  KURTIS KOOIMAN, an individual, | Case No. 8:20-CV-00565 JLS (DFMx) |
| 12            Plaintiff, | **District Judge:  Josephine L. Staton** |
| 13       vs. | **Magistrate:  Douglas F. McCormick** |
| 14  SIWELL, INC., dba Capital Mortgage | **FURTHER AMENDED JOINT** |
|     Services of Texas, and DOES 1 through | **EXHIBIT LIST** |
| 15  50, inclusive, | |
| 16            Defendants. | Pretrial Conference:  October 1, 2021 |
|     | Time:  10:30 a.m. |
| 17  | Courtroom:  10-A |

18

19

20

21

22

23

24

25

26

27

28

| | JOINT EXHIBIT LIST | | | | |
|---|---|---|---|---|---|
| Case Name:  Kooiman v. Siwell, Inc. | | | | | |
| Case No. 8:20-CV-00565 JLS (DFMx) | | | | | |
| No. of Exhibit | Description | Stip to Authenticate | Stip to Admiss | Date Identified | Date Admitted |
| 1 | CMSAB Letter of Employment Offer 1/15/15 Bates K000005 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| 2 | Commission backup for Loan #900178 Bates K000024-32 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| 3 | Commission backup for Loan #900185 Bates K000033-43 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| 4 | Commission backup for Loan #900168 BatesK000044-50 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| 5 | Commission backup for Loan #900173 BatesK000051-62 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| 6 | Commission backup for Loan #900166 BatesK000063-74 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| 7 | Kooiman Business Plan BatesK000147-158 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| 8 | Siwell's Resp to | Stipulated | Stipulated | 12/9/21 | 12/9/21 |

| | | | | | |
|---|---|---|---|---|---|
| | Rogs, Set 1 | | | | |
| 9 | Siwell's Resp to Req for Docs, Set 1 w/ Docs. | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| 10 | Siwell's Resp to Req for Docs, Set 2 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| 11 | Email 4/13/17 re my signature, NMLS BatesMC6 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| 12 | Email 1/5/17 re 2017 BatesK000160 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| 13 | Email exchange re Marquez, Johnson 3/11/17-4/4/17 [9 pg] BatesK000161-169 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| 14 | Email exchange re Marquez, Johnson [7 pg] BatesK000170-176 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| 15 | Email 4/19/17 re my signature BatesK000177-179 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| 16 | Email string re Mohhan, Ballard approval and Vastola K000180-K000186 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| 17 | Email string re first | Stipulated | Stipulated | 12/9/21 | 12/9/21 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | payment letter BatesK000187-191 | | | | |
| | 18 | Payroll deductions BatesK000192-236 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| | 19 | Application for Employment 6/1/14 BatesMC000016-17 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| | 20 | CMSAB Letter of Employment Offer 6/26/14 BatesK000001 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| | 21 | CMSAB Acceptance Letter 7/1/14 Bates K000002 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| | 22 | Wage Deduction Authorization Agmt. 7/1/14 Bates K000003 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| | 23 | Quality Control Stmt. 7/1/14 BatesMC000019 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| | 24 | Receipts for 2016 business expenses BatesK000077-107, 114-117, 129-132, 134-135 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| | 25 | Receipts for 2017 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | business expenses BatesK000108-111, 118-125, 127, 128, 136-146 | | | | |
| 26 | | Receipts for 2018 business expenses BatesK000112 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| 27 | | Standard Multi-Tenant Office Lease 6/17/16; Addendum 6/17/16 BatesK000007-21 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| 28 | | Chase Bank cashier's check #1139323067 [$4,297.43] BatesK000022 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| 29 | | Chase Bank statement summary of lease payments [9/6/16 thru 12/15/17] BatesK000023 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| 30 | | CSM Flow Chart BatesK000159 | Stipulated | Stipulated | 12/9/21 | 12/9/21 |
| 31 | | CMS Employment Manual as revised | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | May 2016. **Plaintiff objects as Defendant never disclosed/produced this document under Rule 26.** | | | | |
| | 32 | Plaintiff's Response To Defendant's Requests for Production Set One | Stipulated | Stipulated | | |
| | 33 | Email 4/19/17 re my signature BatesK000177-179 | Stipulated | Stipulated | | |
| | 34 | Kooiman NMLS History  **Plaintiff objects as Defendant never disclosed/produced this document under Rule 26.** | | | | |
| | 35 | 10/10/2017 Email exchange re: JACKSON MC0099-105 | Stipulated | Stipulated | | |
| | 36 | 10/10/2017 Email exchange re: Kurtis MC0095-0099 | Stipulated | Stipulated | | |

| | | | | | |
|---|---|---|---|---|---|
| 37 | 12/12/2017 Email re: Identity information MC00116-117 | Stipulated | | | |
| 38 | Email exchange re: Weydeck Complaint MC00126-138 | Stipulated | | | |
| 39 | 10/25/2017 Email exchange re: loan compensation MC00048-49 | Stipulated | Stipulated | | |
| 40 | 11/23/2016-12/08/2016 Email exchange re: HR Complaint **\*Plaintiff objects as Defendant never disclosed/produced this document under Rule 26.** | | | | |
| 41 | CMSAB Letter of Employment Offer 6/26/14 MC007-10 | Stipulated | Stipulated | | |
| 42 | Kooiman Funded Loans Outside CA **\*Plaintiff objects as Defendant never** | | | | |

FURTHER AMENDED JOINT EXHIBIT LIST

| | | | | | | |
|---|---|---|---|---|---|---|
| | | disclosed/produced this document under Rule 26. | | | | |
| | 43 | Kurtis Pay xls **\*Plaintiff objects as Defendant never disclosed/produced this document under Rule 26.** | | | | |
| | 44 | Kooiman Commissions **\*Plaintiff objects as Defendant never disclosed/produced this document under Rule 26.** | | | | |
| | 45 | Kooiman Originations **\*Plaintiff objects as Defendant never disclosed/produced this document under Rule 26.** | | | | |
| | 46 | Employment Manual Acknowledgement **\*Plaintiff objects as Defendant never** | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | disclosed/produced this document under Rule 26. | | | | |
| | 47 | Business Oversight Complaint Response *Plaintiff objects as Defendant never disclosed/produced this document under Rule 26. | | | | |
| | | | | | | |

Dated:  October 7, 2021

REID & HELLYER
A PROFESSIONAL CORPORATION

By:*/s/Douglas A. Plazak*
    Douglas A. Plazak, Attorney for
    Plaintiff, KURTIS KOOIMAN

Dated:  October 7, 2021

MALCOLM CISNEROS, a Law Corp.

By: */s/ Charlie Nunley*
 Charlie Nunley, Attorney for
Defendant, SIWELL, INC., d.b.a.
Capital Mortgage Services of Texas

1

**SIGNATURE CERTIFICATION**

2

3          Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative

4    Policies and Procedures Manual, I hereby certify that the content of this document is

5    acceptable to Charlie Nunley, counsel for Defendant, and that I have obtained Mr.

6    Nunley's authorization to affix his electronic signature to this document.

7

8

9                                              By: /s/ *Douglas A. Plazak*

10   _____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 12, 2022.


By: /s/ *Douglas A. Plazak*

FURTHER AMENDED JOINT EXHIBIT LIST

REID & HELLYER APC
Douglas A. Plazak, State Bar No. 181709
3685 Main Street, Suite 300
Post Office Box 1300
Riverside, California 92502-1300
Telephone:  (951) 682-1771
Facsimile:  (951) 686-2415

Attorneys for Plaintiff, KURTIS KOOIMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURTIS KOOIMAN, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>SIWELL, INC., dba Capital Mortgage Services of Texas, and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 8:20-CV-00565 JLS (DFMx)<br><br>**District Judge:  Josephine L. Staton**<br>**Magistrate:  Douglas F. McCormick**<br><br>**JOINT WITNESS LIST**<br><br>Pretrial Conference:  October 1, 2021<br>Time:  10:30 a.m.<br>Courtroom:  10-A |

JOINT WITNESS LIST

| JOINT WITNESS LIST | | | | | |
|---|---|---|---|---|---|
| **Case Name: Kooiman v. Siwell, Inc.** | | | | | |
| **Case No. 8:20-CV-00565 JLS (DFMx)** | | | | | |
| No. of Witness | Witness Name | Party Calling Witness and Estimate | X-Examiner's Estimate | Description of Testimony | Comments |
| 1 | Kurtis Kooiman<br><br>**12/9/21;**<br>**1/12/22** | Direct: 2.0;<br>Re-direct: | | Evidence supporting Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| 2 | Mirtha Marquez | Direct: .50;<br>Re-direct: | | Evidence supporting Plaintiff's claims for failure to pay commissions and failure to reimburse business | |

| | | | | | |
|---|---|---|---|---|---|
| 1<br>2 | | | | expenses incurred. | |
| 3 | Jeri Anne Pavese | Direct: .50;<br>Re-direct: | | Evidence supporting Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| 4 | Eric Sharp | Direct: .25;<br>Re-direct: | | Evidence supporting Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| 5 | Marcus | Direct: .25 | | Evidence | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Crumble | Re-direct: | | supporting Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| | 6 | Scott Colclough | Direct: .25; Re-direct: | | Evidence supporting Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| | 7 | Andy Alderman | Direct: .25; Re-direct: | | Evidence supporting Plaintiff's claims for | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | failure to pay commissions and failure to reimburse business expenses incurred. | |
| 8 | Gina Alderman | Direct: .25; Re-direct: | | Evidence supporting Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| 9 | Sarah Ruehlen | Direct: .25; Re-direct: | | Evidence supporting Plaintiff's claims for failure to pay commissions | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | and failure to reimburse business expenses incurred. | |
| 10 | Eric Hayden | Direct: .25; Re-direct: | | Evidence supporting Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| 11 | Dana Coulson | Direct: .25; Re-direct: | | Evidence supporting Plaintiff's claims for failure to pay commissions and failure to reimburse business | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | expenses incurred. | |
| 12 | Mark Gaeta | Direct: .25; Re-direct: | | Evidence supporting Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| 13 | Christian Ellis | Direct: .25; Re-direct: | | Evidence supporting Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| 14 | Tom Darden | Direct: .25; | | Evidence | |

| | | | | | |
|---|---|---|---|---|---|
| | | Re-direct: | | supporting Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| 15 | Brett Burrows | Direct: .25; Re-direct: | | Evidence supporting Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| 16 | Stephanie Gates | Direct: .25; Re-direct: | | Evidence supporting Plaintiff's claims for | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | failure to pay commissions and failure to reimburse business expenses incurred. | |
| 17 | Royce Lewis | Direct: 1.0; Re-direct: | | Evidence supporting Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| 18 | Royce Lewis | Defendant Direct: 1.0; Re-direct: | | Evidence supporting defenses to Plaintiff's claims for failure to pay | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | | | | commissions | |
| 2 | | | | and failure | |
| 3 | | | | to reimburse | |
| 4 | | | | business | |
| 5 | | | | expenses | |
| 6 | | | | incurred. | |
| 7 | *19 | Mirtha Marquez | Defendant Direct: .50; Re-direct: | Evidence supporting | |
| 8 | | | | | |
| 9 | | | | defenses to | |
| 10 | | | | Plaintiff's | |
| 11 | | | | claims for | |
| 12 | | | | failure to | |
| 13 | | | | pay | |
| 14 | | | | commissions | |
| 15 | | | | and failure | |
| 16 | | | | to reimburse | |
| 17 | | | | business | |
| 18 | | | | expenses | |
| 19 | | | | incurred. | |
| 20 | *20 | Eric Sharp | Defendant: Direct: .50 Re-direct: | Evidence supporting | |
| 21 | | | | | |
| 22 | | | | defenses to | |
| 23 | | | | Plaintiff's | |
| 24 | | | | claims for | |
| 25 | | | | failure to | |
| 26 | | | | pay | |
| 27 | | | | commissions | |
| 28 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | and failure to reimburse business expenses incurred. | |
| *21 | Scott Colclough | Defendant Direct: .25; Re-direct: | | Evidence supporting defenses to Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| *22 | Dana Coulson | Defendant Direct: .25; Re-direct: | | Evidence supporting defenses to Plaintiff's claims for failure to pay commissions and failure | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | to reimburse business expenses incurred. | |
| *23 | Marcus Crumble | Defendant Direct: .50 Re-direct: | | Evidence supporting defenses to Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| *24 | Brett Burrows | Defendant Direct: .25 Re-direct: | | Evidence supporting defenses to Plaintiff's claims for failure to pay commissions and failure to reimburse | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | business expenses incurred. | |
| *25 | Jeff Deitiker | Defendant: Direct: .25 Re-direct: | | Evidence supporting defenses to Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| *26 | Kierstyn Harshman | Defendant: Direct: .25 Re-direct: | | Evidence supporting defenses to Plaintiff's claims for failure to pay commissions and failure to reimburse business | |

| | | | | | |
|---|---|---|---|---|---|
| 1 2 | | | | expenses incurred. | |
| 3–15 | 27 | Gina George | Defendant: Direct: .50 Re-direct: | Evidence supporting defenses to Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| 16–28 | *28 | Linda Lewis | Defendant: Direct: .25 Re-direct: | Evidence supporting defenses to Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses | |

| | | | | incurred. | |
|---|---|---|---|---|---|
| *29 | Shelli Martinez | Defendant:<br>Direct: .25<br>Re-Direct: | | Evidence supporting defenses to Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| *30 | Tiffany McClanahan | Defendant<br>Direct: .25<br>Re-Direct: | | Evidence supporting defenses to Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |

| *31 | Favian Barron | Defendant Direct: .25 Re-Direct: | | Evidence supporting defenses to Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
|---|---|---|---|---|---|
| *32 | Michael Strong | Defendant Direct: .25 Re-Direct: | | Evidence supporting defenses to Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| *33 | Dawn Shuler | Defendant | | Evidence | |

| | | | Direct: .25 | | supporting | |
| | | | Re-Direct: | | defenses to | |
| | | | | | Plaintiff's | |
| | | | | | claims for | |
| | | | | | failure to | |
| | | | | | pay | |
| | | | | | commissions | |
| | | | | | and failure | |
| | | | | | to reimburse | |
| | | | | | business | |
| | | | | | expenses | |
| | | | | | incurred. | |
| *34 | Sarah Rhuelen | | Defendant | | Evidence | |
| | | | Direct: .25 | | supporting | |
| | | | Re-Direct: | | defenses to | |
| | | | | | Plaintiff's | |
| | | | | | claims for | |
| | | | | | failure to | |
| | | | | | pay | |
| | | | | | commissions | |
| | | | | | and failure | |
| | | | | | to reimburse | |
| | | | | | business | |
| | | | | | expenses | |
| | | | | | incurred. | |
| *35 | Tracey Weatherly | | Defendant | | Evidence | |
| | | | Direct: .25 | | supporting | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Re-Direct: | | defenses to Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| *36 | Brynn Talley | | Defendant Direct: .25 Re-Direct: | | Evidence supporting defenses to Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| *37 | Shauna Huntley | | Defendant Direct: .25 Re-Direct: | | Evidence supporting defenses to | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| *38 | Mike Suits | Defendant Direct: .25 Re-Direct: | | Evidence supporting defenses to Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| *39 | Crystal Gomez | Defendant Direct: .25 Re-Direct: | | Evidence supporting defenses to Plaintiff's | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | | | | | claims for |
| 2 | | | | | failure to |
| 3 | | | | | pay |
| 4 | | | | | commissions |
| 5 | | | | | and failure |
| 6 | | | | | to reimburse |
| 7 | | | | | business |
| 8 | | | | | expenses |
| 9 | | | | | incurred. |
| 10 | *40 | Cynthia Salazar | Defendant | | Evidence |
| 11 | | | Direct: .25 | | supporting |
| 12 | | | Re-Direct: | | defenses to |
| 13 | | | | | Plaintiff's |
| 14 | | | | | claims for |
| 15 | | | | | failure to |
| 16 | | | | | pay |
| 17 | | | | | commissions |
| 18 | | | | | and failure |
| 19 | | | | | to reimburse |
| 20 | | | | | business |
| 21 | | | | | expenses |
| 22 | | | | | incurred. |
| 23 | *41 | Kelly Savage | Defendant | | Evidence |
| 24 | | | Direct: .25 | | supporting |
| 25 | | | Re-Direct: | | defenses to |
| 26 | | | | | Plaintiff's |
| 27 | | | | | claims for |
| 28 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 2 3 4 5 6 7 8 | | | | failure to pay commissions and failure to reimburse business expenses incurred. | |
| 9 10 11 12 13 14 15 16 17 18 19 20 21 | *42 | Josh Savage | Defendant Direct: .25 Re-Direct: | Evidence supporting defenses to Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| 22 23 24 25 26 27 28 | *43 | Victoria Estrada | Defendant Direct: .25 Re-Direct: | Evidence supporting defenses to Plaintiff's claims for failure to | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | | | | pay | |
| 2 | | | | commissions | |
| 3 | | | | and failure | |
| 4 | | | | to reimburse | |
| 5 | | | | business | |
| 6 | | | | expenses | |
| 7 | | | | incurred. | |
| 8 | *44 | Leroy Valenzuela | Defendant Direct: .25 Re-Direct: | Evidence supporting defenses to Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | *45 | Adelina Robinson | Defendant Direct: .25 Re-Direct: | Evidence supporting defenses to Plaintiff's claims for failure to pay | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | commissions and failure to reimburse business expenses incurred. | |
| *46 | Casey Smith | Defendant Direct: .25 Re-Direct: | | Evidence supporting defenses to Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| *47 | Courtney Peavy | Defendant Direct: .25 Re-Direct: | | Evidence supporting defenses to Plaintiff's claims for failure to pay commissions | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | and failure to reimburse business expenses incurred. | |
| *48 | Jamie Lima | Defendant Direct: .25 Re-Direct: | | Evidence supporting defenses to Plaintiff's claims for failure to pay commissions and failure to reimburse business expenses incurred. | |
| *49 | Jason Koontz | Defendant Direct: .25 Re-Direct: | | Evidence supporting defenses to Plaintiff's claims for failure to pay commissions and failure | |

| 1 | | | | to reimburse | |
| 2 | | | | business | |
| 3 | | | | expenses | |
| 4 | | | | incurred. | |

Dated: _____                    REID & HELLYER
                                      A PROFESSIONAL CORPORATION

                                      By:*/s/Douglas A. Plazak*_____
                                              Douglas A. Plazak, Attorney for
                                              Plaintiff, KURTIS KOOIMAN


Dated: _____                    MALCOLM CISNEROS, a Law Corp.

                                      By: */s/ Charlie Nunley*_____
                                       Charlie Nunley, Attorney for
                                      Defendant, SIWELL, INC., d.b.a.
                                      Capital Mortgage Services of Texas












**SIGNATURE CERTIFICATION**

1  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative

2  Policies and Procedures Manual, I hereby certify that the content of this document is

3  acceptable to Charlie Nunley, counsel for Defendant, and that I have obtained Mr.

4  Nunley's authorization to affix his electronic signature to this document.

5

6

7                                        By: /s/ Douglas A. Plazak

8  _____

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

3        I hereby certify that on January 12, 2022 I electronically filed the foregoing

4   with the Clerk of the Court using the CM/ECF system which will send notification of

5   such filing to the email addresses denoted on the Notice of Electronic Filing.

6        I certify under penalty of perjury under the laws of the United States of

7   America that the foregoing is true and correct. Executed on January 12, 2022.

8

9                                          By: /s/ Douglas A. Plazak

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28