1

2

3

4

5

6

7

8      **UNITED STATES DISTRICT COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA**

10

11    KURTIS KOOIMAN, an individual,          Case No. 8:20-cv-00565 JLS (DFMx)

12            Plaintiff,

13        vs.                                  **ORDER GRANTING STIPULATION RE IDENTITY OF SIWELL, INC. EMPLOYEES AND SCOPE OF EMPLOYMENT (Doc. 63)**

14    SIWELL, INC., dba Capital Mortgage
      Services of Texas, and DOES 1 through
15    50, inclusive,

16            Defendants.

17

18

19

20

21

22

23

24        The Court having considered the Stipulation RE IDENTITY OF SIWELL,

25    INC. EMPLOYEES AND SCOPE OF EMPLOYMENT (Doc. 63) and good

26    cause appearing therefore:

27        IT IS ORDERED that:

28

1   The individuals set forth in the Joint Stipulation are deemed employees of

2   Defendant who were employed during the time Plaintiff was employed by

3   Defendant, and in the capacity as identified by the individual's job title.

4

5   Date:  January 13, 2022

6

7

8   _____
    HON. JOSEPHINE L. STATON
    UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28