JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURTIS KOOIMAN, an individual, | Case No. 8:20-CV-00565 JLS (DFMx) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| SIWELL, INC., dba Capital Mortgage Services of Texas, and DOES 1 through 50, inclusive, | |
| Defendants. | |

# **JUDGMENT**

1. The Court considered evidence in the case which was tried on December 9, 2021, and January 12, 2022.

2. After reviewing the evidence presented and hearing the arguments of counsel, Judgment is entered by the Court as follows: For Plaintiff, Kurtis Kooiman, and against Defendant, SIWELL, INC., dba Capital Mortgage Services of Texas, for: (1) Breach of Contract in the amount of $5,235.18 with prejudgment interest at the rate of 10% per annum simple interest in the amount of $2,566.18 through August 12, 2022; (2) Violation of California Labor Code section 203 in the amount of $9,238.55; and (3) Violations of California Labor Code section 2802 and California Business and Professions Code section 17200 in the amount of $67,435.32. The total amount of the judgment in favor of Plaintiff, Kurtis Kooiman, and against Defendant, SIWELL, INC., dba Capital Mortgage Services of Texas, is $84,475.23.

3. Plaintiff, Kurtis Kooiman, is entitled to his costs in prosecuting this action; and

4. Plaintiff, Kurtis Kooiman, may file a Motion for Attorney fees within fourteen (14) days after the entry of this Judgment.

DATED: August 15, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE